# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 628 |
| | : | |
| ORDER ADOPTING NEW RULES | : | CIVIL PROCEDURAL RULES |
| 220.1 AND 220.2, RENUMBERING | : | |
| AND AMENDING CURRENT RULE | : | DOCKET |
| 220.1 AS 220.3, AND AMENDING | : | |
| RULE 223.1 OF THE | : | |
| PENNSYLVANIA RULES OF CIVIL | : | |
| PROCEDURE | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 7th day of July, 2015, upon the recommendation of the Civil Procedural Rules Committee; the proposal having been published for public comment at 42 *Pa.B.* 377 (January 21, 2012):

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that:

(1) New Rules 220.1 and 220.2 of the Pennsylvania Rules of Civil Procedure are adopted;

(2) Current Rule 220.1 of the Pennsylvania Rules of Civil Procedure is renumbered as Rule 220.3 and amended; and

(3) Rule 223.1 of the Pennsylvania Rules of Civil Procedure is amended,

in the attached form. This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective October 1, 2015.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.